

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00450-CV

**REYNOLDS ENERGY TRANSPORT, LLC** and Reynolds Transportation, Inc.,
Appellants

v.

**PLAINS MARKETING, L.P.**; Plains All American Pipeline, L.P.; and Plains Pipeline, L.P.,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-11568
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ,[1] AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's March 2, 2022 order granting Appellees' motion for sanctions is REVERSED. We RENDER JUDGMENT that Appellees take nothing on their motion for sanctions.

We tax costs of court for this appeal against Appellees.

SIGNED June 28, 2024.

_____
Patricia O. Alvarez, Justice

---

[1] Not participating.